# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**DAWN MARIE CLARK**,

      Plaintiff,

  v.

**KILOLO KIJAKAZI**, Acting Commissioner of Social Security,

      Defendant.

Case No. 3:21-cv-1080-SI

**ORDER**

**Michael H. Simon, District Judge.**

Plaintiff's Unopposed Motion for Authorization of Attorney Fees Under 42 U.S.C. § 406(b), ECF 27, and Plaintiff's Updated Motion for Authorization of Attorney Fees Under 42 U.S.C. § 406(b), ECF 28, are hereby granted. After performing an independent review, the Court concludes that Plaintiff's counsel D. James Tree is entitled to attorney's fees equaling 25% of Plaintiff's $75,137 award of past-due benefits, resulting in a § 406(b) fee award of $18,784.25. Because Plaintiff's counsel has already received $13,317.95 for attorney's fees under the Equal Access to Justice Act, counsel shall receive net § 406(b) attorney's fees in the amount of $5,466.30. Funds withheld by the Commissioner in anticipation of an order under § 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to D. James Tree, Tree Law Offices, 3711 Englewood Avenue, Yakima, WA 98902, consistent with this Order.

      **IT IS SO ORDERED.**

      DATED this 29th day of June, 2023.

                    /s/ *Michael H. Simon*
                    Michael H. Simon
                    United States District Judge